**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:24-cv-80842-DMM

LAWRENCE FELTZIN,

    Plaintiff,
v.

JUPITER BELLS, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, LAWRENCE FELTZIN, and Defendant, JUPITER BELLS, LLC hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than fourteen (14) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant. Respectfully submitted this August 29, 2024.

/s/ *Ramon J. Diego*
RAMON J. DIEGO, ESQ.
Florida Bar No.: 689203
THE LAW OFFICE OF
RAMON J. DIEGO, P.A.
5001 SW 74th Court, Suite 103
Miami, FL 33155
Telephone: (305) 350-3103
Email: ramon@rjdiegolaw.com
*Counsel for Plaintiff*

/ s/ *James M. Paul*
JAMES M. PAUL, ESQ.
Florida Bar No.: 1044520
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Telephone: (813) 289-1247
E-Mail: james.paul@ogletreedeakins.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this August 29, 2024.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: ___*/s/ Ramon J. Diego*_____
RAMON J. DIEGO